# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

PAUL E. JOWETT,

Appellant,

v.

DEPARTMENT OF AGRICULTURE AND CONSUMER
SERVICES DIVISION OF LICENSING,

Appellee.

No. 2D2025-0916

———————————————

May 20, 2026

Appeal from the Department of Agriculture and Consumer Services,
Division of Licensing.

Paul E. Jowett, pro se.

Tobey Schultz, Senior Counsel, Department of Agriculture and Consumer
Services, Division of Licensing, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

LUCAS, C.J., and LaROSE and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.